UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-04344-Torres

UNITED STATES OF AMERICA

V

DANIEL GUSTAVO MARTINEZ YEPES,

Defendants.
_____/

FILED BY ER D.C.

Nov 27, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
JUAN A. GONZALEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 897388
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Telephone:  (305) 715-7640/7653
Facsimile:   (305) 715-7639
e-mail: juan.antonio.gonzalez@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| --- | --- |
| v. | ) |
| Daniel Gustavo Martinez Yepes | ) Case No. 23-MJ-04344-Torres |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 2023 through November 27, 2023 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. §1960 | Knowingly conducting, controlling, managing, supervising all or part of an unlicensed money transmitting business |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Noor Lachhab, FBI Special Agent
ID#100902
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Telephone

Date: November 27, 2023

*Judge's signature*

City and state: Miami, Florida

Honorable Edwin G. Torres, Chief United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Noor Lachhab, a Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since December 2021. As such, I am empowered by Title 18, United States Code, Section 3052 to carry firearms, serve warrants and subpoenas issued under the authority of the United States and make arrests without warrant for any offense against the United States committed in my presence, or for any felony cognizable under the laws of the United States if I have reasonable grounds to believe that the person to be arrested has committed or is committing such felony.

2. I am assigned to the Transnational Organized Crime- Western Hemisphere Squad (TOC-West), a narcotics/money laundering squad out of the Miami Field Office of the FBI. As a member of the TOC-West squad, I have participated in investigations focused on drug trafficking, and money laundering in South Florida. Prior to joining the FBI, I served as a Washington D.C. Metropolitan Police Officer for more than five years. As a police officer, I participated in many narcotics related arrests and have also participated in several search warrants. During my tenure as a police officer, I was a part of the Narcotics Enforcement Unit which was a citywide unit under the Narcotics Special Investigations Division in Washington D.C. During my time in this unit, I participated in several undercover operations in which different narcotics were bought from persons by undercover police officers, agents and cooperating witnesses. Other law

enforcement investigative activities I have participated in include but were not limited to: analyzing evidence related to felonious criminal activity, interviewing informants and cooperating witnesses, conducting physical surveillance, and preparing executing search warrants involving probable cause gained through these investigations. During my career in law enforcement, I have received training relating to the methods used by narcotics traffickers, and money launderers. I have also received Federal and State level specialized training in the investigation of crimes including narcotics, gangs, and fraud; and I have investigated several such incidents and have successfully obtained and participated in search warrants and arrest warrants. I have conducted phone toll analysis and have participated in many narcotics investigations that utilized court authorized interceptions of wire communications. Apart from my relevant on the job training, I have also earned my Bachelor's degree in Biological sciences from George Mason University and my Master's degree in Homeland Security and Safety Security Leadership from the George Washington University.

      3. This affidavit is submitted in support of a complaint for the arrest of Daniel Gustavo MARTINEZ Yepes (MARTINEZ), for conducting an unlicensed money transmitting business, in violation of Title 18, United States code, Section 1960.

      4. The facts listed in this affidavit are known personally to me or have been provided to me by other law enforcement officers participating in the investigation. The affidavit is provided solely to establish probable cause to arrest MARTINEZ. This affidavit therefore does not contain all the facts known to me and other law enforcement concerning this investigation.

## **PROBABLE CAUSE**

5. TOC-West is investigating a Colombian-based criminal organization laundering millions of dollars in the United States. This money laundering organization (MLO) recruits individuals who create fictitious businesses and open associated business bank accounts in US banks. Members of the MLO pick up criminal proceeds, in the form of bulk cash, throughout the US and make automated teller machine (ATM) cash deposits, often structured in amounts less than $10,000, into these fictitious corporate bank accounts. The funds are then wired to different accounts throughout the world.

6. Two such businesses are, P & J MAINTENANCE GROUP LLC and PJ CLEANING LLC. Both businesses were created in South Florida and both opened accounts in South Florida banks. Neither has employees or conducts any business yet since October 2022, about $7.6 million were funneled through these accounts to businesses and individuals domestically and in Colombia.

7. Agents obtained closed circuit television (CCTV) footage of the ATM deposits made into P & J MAINTENANCE LLC and PJ CLEANING LLC's accounts in the month of July 2023. The footage shows MARTINEZ, who, as noted below, resided in Colombia, depositing bulk cash at specific Bank of America ATM's in Connecticut and Georgia on July 6th and July 7th. In these two days, MARTINEZ deposited $265,090 via ATMs into the accounts of P & J MAINTENANCE LLC and PJ CLEANING LLC. The footage revealed the following cash deposits by MARTINEZ:

| Date | Bank Account (LLC) | Transaction # | Quantity | Location |
| --- | --- | --- | --- | --- |
| July 6, 2023 | PJ Cleaning | #000004863 | $15,000 | Black Rock Turnpik ATM (CT) |
| July 6, 2023 | PJ Cleaning | #000009429 | $15,000 | Black Rock Turnpik ATM (CT) |
| July 6, 2023 | PJ Cleaning | #000009471 | $15,000 | Black Rock Turnpik ATM (CT) |

3

| July 6, 2023 | PJ Cleaning | #000005786 | $4,250 | Black Rock Turnpik ATM (CT) |
| July 6, 2023 | P&J Maintenance | #000005779 | $15,000 | Black Rock Turnpik ATM (CT) |
| July 6, 2023 | P&J Maintenance | #000009450 | $15,000 | Black Rock Turnpik ATM (CT) |
| July 6, 2023 | P&J Maintenance | #000004876 | $9,000 | Black Rock Turnpik ATM (CT) |
| July 6, 2023 | P&J Maintenance | #000004885 | $6,000 | Black Rock Turnpik ATM (CT) |
| July 6, 2023 | P&J Maintenance | #000005793 | $4,250 | Black Rock Turnpik ATM (CT) |
| July 7, 2023 | P&J Maintenance | #000008762 | $30,000 | Buford Hwy ATM (GA) |
| July 7, 2023 | P&J Maintenance | #000007278 | $15,000 | Perimeter Center ATM (GA) |
| July 7, 2023 | P&J Maintenance | #000007320 | $15,000 | Perimeter Center ATM (GA) |
| July 7, 2023 | P&J Maintenance | #000008365 | $15,000 | Perimeter Center ATM (GA) |
| July 7, 2023 | P&J Maintenance | #000003431 | $9,395 | Perimeter Center ATM (GA) |
| July 7, 2023 | P&J Maintenance | #000007345 | $7,500 | Perimeter Center ATM (GA) |
| July 7, 2023 | P&J Maintenance | #000007340 | $6,000 | Perimeter Center ATM (GA) |
| July 7, 2023 | P&J Maintenance | #000003437 | $400 | Perimeter Center ATM (GA) |
| July 7, 2023 | PJ Cleaning | #000007257 | $30,250 | Perimeter Center ATM (GA) |
| July 7, 2023 | PJ Cleaning | #000007299 | $15,000 | Perimeter Center ATM (GA) |
| July 7, 2023 | PJ Cleaning | #000008344 | $15,000 | Perimeter Center ATM (GA) |
| July 7, 2023 | PJ Cleaning | #000007331 | $7,500 | Perimeter Center ATM (GA) |
| July 7, 2023 | PJ Cleaning | #000003434 | $545 | Perimeter Center ATM (GA) |
| | | | **TOTAL** | **$265,090** |

8.  The footage shows MARTINEZ both driving up to Bank of America ATM's and walking up to others and making deposits. MARTINEZ is seen pulling out large bundles cash from a duffle bag. He is then seen utilizing the mobile wallet feature on a cell phone before inserting cash into the ATM. MARTINEZ is also seen using a different cellphone to apparently communicate with someone. MARTINEZ is often seen taking notes in a dark, hardcover, spiraled ledger, with the numbers "2019" on the front cover while at the ATM. In one

4

instance, MARTINEZ is seen approaching an ATM on foot with the notebook. The video shows an open page in the ledger which reads: $20 = 8,711 ($174,220); $50 = 98 ($4,900); $100 = 8 ($800); Total $179,920.

9. FBI reviewed MARTINEZ' travel history and discovered that MARTINEZ has an active B-1/B-2 tourist VISA issued on April 28, 2016. Between June 23, 2023, and July 8, 2023, MARTINEZ traveled to the US twice.

10. On November 18, 2023, MARTINEZ flew from Medellin, Colombia to Fort Lauderdale, FL. Upon MARTINEZ' arrival a non-custodial interview with the FBI was conducted at the Fort Lauderdale International Airport. MARTINEZ was advised he was not under arrest and was free to leave at any time. MARTINEZ had with him the dark, hardcover, spiraled ledger, with the numbers "2019" on the front cover, an Android cellphone, and an iPhone.

11. MARTINEZ admitted he coordinated several bulk cash money pick-ups with an individual (Coconspirator 1), who resides in Colombia. MARTINEZ admitted he picked up large quantities of bulk cash in multiple US cities from unknown individuals. Coconspirator 1 provided MARTINEZ the details of the bulk cash pick-ups to include location, date, and time. Coconspirator 1 would also provide the individuals supplying the money to MARTINEZ with a photo of MARTINEZ.

12. MARTINEZ admitted making the deposits into the accounts of PJ CLEANING LLC and P & J MAINTANENCE LLC in various US cities. He said he was paid $3,000 for the bulk cash pick-ups, plus an additional $2,000 for trip expenditures. MARTINEZ reviewed the ledger, and advised the total amount of bulk cash he picked up and deposited was about $350,000.

13. MARTINEZ consented to a search of his Android phone. In it were communication MARTINEZ had with others regarding the bulk cash pick-ups that occurred between June 23, 2023, and July 8, 2023.

14. MARTINEZ admitted he did not have a money transmitter license in any of the states where he picked up and deposited the bulk cash.[1]

15. MARTINEZ agreed to meet with law enforcement later to keep discussing his criminal activity.

16. On November 22, 2023, a second noncustodial interview was conducted with MARTINEZ at a local restaurant. MARTINEZ was questioned further about communications found on his phone but became evasive when asked to identify certain individuals in his communications. However, MARTINEZ admitted the true purpose of this trip was to open a bank account for a business recently created under his name. He indicated he did this at JP Morgan Chase Bank and the meeting at the bank was arranged by another coconspirator (Coconspirator-2). MARTINEZ stated that the business did not have any employees, website, or any other indication to support the legitimacy of the business.

17. MARTINEZ resides in Colombia and his VISA has no current application pending, approved, or otherwise that would allow MARTINEZ to legally work in the US.

**CONCLUSION**

18. Based on the above, I submit there is probable cause for the issuance of a criminal complaint charging Daniel Gustavo MARTINEZ Yepes with knowingly conducting,

---

[1] On November 17, 2023, before the interview, law enforcement searched the Financial Crimes Enforcement Network (FinCEN) and confirmed MARTINEZ did not have a money transmitter license.

6

controlling, managing, supervising all or part of an unlicensed money transmitting business, in violation of Title 18 U.S.C § 1960.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Noor Lachhab, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone this 27 day of November 2023.

HONORABLE EDWIN G. TORRES
UNITED STATES CHIEF MAGISTRATE JUDGE

7